Opinion by HARALSON, J.

---

## Cothran v. Pike et al.

APPEAL from Cherokee Circuit Court.
Tried before the Hon. J. A. BILBRO.

H. W. CARDEN and C. DANIEL, for appellant.

BURNETT & CULLI, for appellee.

This was a statutory action of detinue, brought by the appellant against the appellees for the recovery of a horse.

There were verdict and judgment for the defendants. The plaintiff appeals.

The judgment is affirmed.

Opinion by TYSON, J.

---

## Suttle v. The State.

APPEAL from Bibb Circuit Court.
Tried before the Hon. JOHN MOORE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for murder, was convicted of murder in the first degree and sentenced to the penitentiary for life.

The judgment of conviction is affirmed.